435 A.2d 655

Commonwealth v. Lyons, Sr., Appellant.

Submitted March 21, 1980. Emil W. Kantra, II, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

435 A.2d 655

Commonwealth v. Meighan, Appellant.

Argued September 10, 1980. David S. Dessen, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence is hereby affirmed.